

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
STEPHEN MONTES

    Plaintiff,

VS.

DOMETIC CORPORATION; &
CWI, INC. d/b/a CAMPING WORLD

    Defendants.
_____x

STIPULATION OF DISMISSAL

12-CV-1181 TJM/ATB

## STIPULATION OF DISMISSAL

STEPHEN MONTES, Plaintiff herein, files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii), and in support thereof states the following:

1. Plaintiff is Stephen Montes; Defendants are Dometic Corporation and CWI, INC d/b/a Camping World.

2. On September 20, 2013, plaintiff sued defendants.

3. Plaintiff moves to dismiss the suit and all parties agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to refiling.

Respectfully submitted,

**LEGER ADKINS, LLP**

By: _____
BRADLEY L. LEGER (ADMITTED *PRO HAC VICE*)
State Bar No. 24039899
bleger@legeradkins.com
2323 S. Shepherd Dr., Suite 915
Houston, Texas 77019-7028
Telephone: (713) 574-5558
Facsimile: (713) 574-1894

**ATTORNEYS FOR PLAINTIFFS**

AGREED:

_____
S. Jan Hueber
Attorney for DOMETIC CORPORATION

AGREED:

_____
Jeremy M. Sher
Attorney for CWI, INC. d/b/a CAMPING WORLD

Dated: December 13, 2013

_____
Hon. Thomas J. McAvoy, SUSDJ